## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CINIELLO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON & JOHNSON INC. and ETHICON, INC.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02381-MCE-DMC<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |

　　　The Court, having considered the parties' submission regarding status of the settlement of the case of Plaintiff Kim Ciniello and Defendants Ethicon, Inc. and Johnson & Johnson, hereby grants the parties' stipulation for dismissal. Plaintiff's claims are hereby DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

　　　IT IS SO ORDERED.

Dated:  June 7, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ENTIRE CASE WITH PREJUDICE